UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Case No. 8:13-bk-11313-KRM
    Debra Silverman                          Chapter 7

        Debtor(s).
_____/

## REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
> Pursuant to local rule 2002-4, the Court will consider this pleading without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Sam M. Gibbons Courthouse, 801 N. Florida Ave., #555, Tampa, FL 33602-3899, and serve a copy on the Trustee, Richard M. Dauval, PO Box 13607, St. Petersburg, FL 33733, and any other appropriate person(s).
> If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

TO:   Creditors, Debtors and Parties in Interest

      Richard M. Dauval, the Trustee duly appointed and acting for the above-captioned estate reports that the Trustee intends to sell 21 days from the date this paper is entered on the docket, the following property of the estate of the Debtor under the following terms and conditions:

      Description of Property: 500 Pennyroyal Place, Venice, FL  34293

More particularly described as:

**Lot 72, Section 26, Twp. 39S, Rge. 19E, The Lakes of Jas found in the Public Records of Sarasota County, Florida.**

                                                            Property I.D. # 0445080027

1. Manner of Sale: Private

2. Terms of Sale: Cash or Cashier's Check

a. To: Jean Norton, 8127 Mesa B207 Unit 204, Austin, TX 78759

b. Sale Price: $3,000.00

c. All right, title, and interest of bankruptcy estate, if any.

d. Subject to all liens and encumbrances, if any. No warranties of no liens. No warranties of any kind. Liens included on the Debtor's Schedule D include:

| Lienholder | Amount | Nature of Secured Interest |
|---|---|---|
| 1st Mortgage | | |
| **First Financial Equities**<br>25 Rockwood Place<br>Englewood, NJ 07631 | $350,000.00 | |

\* As per the Debtor(s) bankruptcy schedules

The Trustee will entertain any higher bids for the purchase of the assets of the Debtor that the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business 21 days from the date of mailing, as indicated in the Certificate of Service. If more than one bid has been received, an auction will occur among said bidder(s) after 21 days.

NOTICE IS HEREBY GIVEN that if no objection or request for hearing is filed and served within 21 days of the date of this report and notice, the property described herein will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.

Dated: October 17, 2013

                                        Respectfully submitted,

                                        /s/ Richard M. Dauval
                                        Richard M. Dauval, Trustee

Leavengood & Nash P.A.  
Ricahrd M. Dauvaul Esquire  
P.O. Box 13607  
St. Petersburg, FL 33733

Judge:  
Hearing Location:  
Hearing Date:  
Hearing Time:  
Response Date:

DATE RECEIVED: Oct 17 2013    TIME RECEIVED: 11:15AM    TOTAL SERVED: 48

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

IN RE: Debra Silverman

CASE NO: 13-11313

**CERTIFICATE OF SERVICE**

Chapter: 7

ECF Docket Reference No.

On 10/17/2013, a copy of the following documents, described below,

Report and Notice of Intention to Sell Property of the Estate,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/17/2013

/s/ Jay S. Jump  
BK Attorney Services, LLC  
d/b/a certificateofservice.com, for  
Leavengood & Nash P.A.  
Ricahrd M. Dauvaul Esquire  
P.O. Box 13607  
St. Petersburg, FL 33733

```
LABEL MATRIX FOR LOCAL NOTICING        K. RODNEY MAY                          DEBRA SILVERMAN
113A-8                                 TAMPA                                  500 PENNYROYAL PLACE
CASE 8-13-BK-11313-KRM                                                        VENICE FL 34293-7233
MIDDLE DISTRICT OF FLORIDA
TAMPA
THU OCT 17 14-41-15 EDT 2013

ARM                                    ACCREDO HEALTH GROUP                   ALLEN M. LIFTON M.D.
P.O. BOX 561                           13258 COLLECTION CENTER DR.            250 S. TAMIAMI TRAIL
THOROFARE NJ 08086-0561                CHICAGO IL 60693-0132                  VENICE FL 34285-2454


AMERICAN EXPRESS                       AMERICAN EXPRESS                       AMERICAN EXPRESS
P.O. BOX 360002                        P.O. BOX 6618                          P.O. BOX 981537
FORT LAUDERDALE FL 33336-0002          OMAHA NE 68106-0618                    EL PASO TX 79998-1537


ANDREW L. FIVECOAT ESQUIRE             ASSOCIATED RECOVERY SYSTEMS            BANK OF AMERICA
ALBERTELLI LAW                         P.O. BOX 463023                        1270 JACARANDA BOULEVARD
P.O. BOX 23028                         ESCONDIDO CA 92046-3023                VENICE FL 34292-4504
TAMPA FL 33623-2028


BANK OF AMERICA                        BLUE CROSS BLUE SHIELD                 CAP1SAKS
PO BOX 982238                          CO PRS                                 P.O. BOX 30253
EL PASO TX 79998-2238                  1021 WINDCROSS COURT                   SALT LAKE CITY UT 84130-0253
                                       FRANKLIN TN 37067-2678


CAPIO PARTNERS LLC                     CAPITAL MANAGEMENT SERVICES            CHASE
P.O. BOX 3498                          726 EXCHANGE STREET                    P.O. BOX 15153
SHERMAN TX 75091-3498                  SUITE 700                              WILMINGTON DE 19886-5153
                                       BUFFALO NY 14210-1464


CHASE                                  CHASE BANK USA                         CITICARD
P.O. BOX 15298                         P.O. BOX 15298                         P.O. BOX 6412
WILMINGTON DE 19850-5298               WILMINGTON DE 19850-5298               SIOUX FALLS SD 57117


CLIENT SERVICES                        DANIELLE BISHOP ESQUIRE                DISCOVER FINANCIAL SERVICES LLC
3451 HARRY TRUMAN BOULEVARD            JP MORGAN CHASE LEGAL DEPT.            PO BOX 3025
SAINT CHARLES MO 63301-9816            1191 EAST NEWPORT CENTER DR.           NEW ALBANY OH 43054-3025
                                       SUITE 101
                                       DEERFIELD BEACH FL 33442-7736


FINANCIAL RECOVERY SERVICE             FIRST FINANCIAL EQUITIES               FIRST FINANCIAL EQUITIES
P.O. BOX 385908                        1700 MADISON AVENUE                    25 ROCKWOOD PLACE
MINNEAPOLIS MN 55438-5908              LAKEWOOD NJ 08701-1253                 ENGLEWOOD NJ 07631-4957
```

| | | |
|---|---|---|
| GE CAPITALQVC<br>P.O. BOX 965018<br>ORLANDO FL 32896-5018 | GEJC PENNEY<br>P.O. BOX 965007<br>ORLANDO FL 32896-5007 | GECRBJCP<br>P.O. BOX 960090<br>ORLANDO FL 32896-0090 |
| HARBOR CLUB OWNER'S ASSOC.<br>P.O. BOX 29352<br>PHOENIX AZ 85038-9352 | HOME DEPOTCITIBANK<br>P.O. BOX 6497<br>SIOUX FALLS SD 57117-6497 | INTERNAL REVENUE SERVICE<br>P.O. BOX 621503<br>ATLANTA GA 30362-3003 |
| INTERNAL REVENUE SERVICE<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 | LAKE OF THE WOODS HOA<br>1162 INDIAN HILLS BOULEVARD<br>VENICE FL 34293-2000 | LINCARE<br>P.O. BOX 5087<br>CLEARWATER FL 33758-5087 |
| MBA LAW<br>2222 TEXOMA PKWTY STE. 160<br>SHERMAN TX 75090-2482 | MIDLAND CREDIT MANAGEMENT<br>8875 AERO DRIVE SUITE 200<br>SAN DIEGO CA 92123-2255 | MIDLAND CREDIT MANAGEMENTT<br>8875 AERO DRIVE<br>SAN DIEGO CA 92123-2255 |
| NORTHLAND GROUP INC.<br>PO BOX 390905<br>MINNEAPOLIS MN 55439-0905 | NORTHSTAR<br>4285 GENESEE STREET<br>BUFFALO NY 14225-1943 | RICHARD A. ULRICH ESQUIRE<br>2940 SOUTH TAMIAMI TRAIL<br>SARASOTA FL 34239-5105 |
| RIVERSIDE BEHAVIORAL CENTER<br>733 OLYMPIA AVENUE<br>PUNTA GORDA FL 33950-3841 | SAKS FIRST<br>P.O. BOX 5224<br>CAROL STREAM IL 60197-5224 | SARASOTA CO. BOARD OF COUNTY<br>ATTN. ADMIN. STAFF<br>1001 SARASOTA CENTER BOULEVA<br>SARASOTA FL 34240-7850 |
| SARASOTA COUNTY TAX COLLECTO<br>101 SOUTH WASHINGTON BOULEVA<br>SARASOTA FL 34236-6993 | SUNRISE CREDIT SVS. INC.<br>PO BOX 9100<br>FARMINGDALE NY 11735-9100 | VENICE REGIONAL MEDICAL CENT<br>540 THE RIALTO<br>VENICE FL 34285-2900 |
| WFNNBWOMAN WITHIN<br>P.O. BOX 182789<br>COLUMBUS OH 43218-2789 | WOMAN WITHIN<br>P.O. BOX 659728<br>SAN ANTONIO TX 78265-9728 | ~~UNITED STATES TRUSTEE - TPA~~<br>~~TIMBERLAND ANNEX SUITE 1200~~<br>~~501 E POLK STREET~~<br>~~TAMPA FL 33602-3949~~ |
| ~~JULIE COLLINS~~<br>~~THE COLLINS LAW GROUP~~<br>~~1990 MAIN STREET SUITE 750~~<br>~~SARASOTA FL 34236-5944~~ | ~~RICHARD M LAUVAL~~<br>~~P.O. BOX 13447~~<br>~~ST. PETERSBURG FL 33733-3447~~ | ~~NOTE: ENTRIES WITH A '+' AT THE END OF~~<br>~~NAME HAVE AN EMAIL ADDRESS ON FILE IN~~ |