UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                      Case No: 8:13-BK-11313
                                                            Chapter 7

Silverman, Debra

        Debtor(s).
_____/

## NOTICE OF FILING TRUSTEE'S WARRANTY DEED

    PLEASE TAKE NOTICE THAT, Richard M. Dauval, Trustee, hereby files the attached copy of the Trustee's Warranty Deed issued to Pennyroyal Land Trust.

    Dated: December 10, 2013

                                        /s/ Richard M. Dauval
                                        RICHARD M. DAUVAL
                                        Chapter 7 Trustee
                                        PO Box 13607
                                        St. Petersburg, FL 33733
                                        Phone: (727) 327-3328
                                        Fax:   (727) 327-3305

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Filing Trustee's Warranty Deed was furnished electronically and/or by U.S. Mail on this day, December 10, 2013:

  U.S. Trustee, USTPRegion21.TP.ecu@usdoj.gov ; Debra Silverman, 500 Pennyroyal Place, Venice, FL 34293, Julie Collins, Esq., Juliecollinslaw@verizon.net

                                          /s/ Richard M. Dauval
                                          RICHARD M. DAUVAL
                                          Chapter 7 Trustee

This instrument prepared by:
Richard M. Dauval, Esq.
P.O. Box 13607
St. Petersburg, FL 33733-3607

## TRUSTEE'S QUIT CLAIM DEED

THIS INDENTURE, made this 13th day of April, 2012, between **Richard M. Dauval, Trustee** in Bankruptcy for the **Estate of Debra Silverman, Case No. 8:13-bk-11313**, hereinafter referred to as the party of the first part and **Pennyroyal Land Trust**, hereinafter referred to as the party of the second part,

WITNESSETH, that the said party of the first part, for and in consideration of the sum of THREE THOUSAND DOLLARS, ($3,000.00) in hand paid by the said party of the second part, the receipt whereof is acknowledged by these presents, does remise, release and quit-claim unto the said party of the second part, and heirs and assigns forever, all the right, title, interest, claim and demand which the said party of the first part has in and to the following described lot, piece or parcel of land to wit:

Lot 72, The Lakes of Jacaranda, Unit 1, according to the plat thereof, recorded in Plat Book 36, Pages 18, 18A through 18C, inclusive of the Public Records of Sarasota County, Florida

TO HAVE AND TO HOLD THE SAME, together with all and singular, the appurtenances there unto belonging or in anyway appertaining, and all the estate, right, title, interest and claim whatsoever of the said party of the first part, either in law or equity, to the only proper use, benefit and behoove of the said party of the second part, heirs and assigns, forever.

IN WITNESS WHEREOF, the said party of the first part has hereunto set his hand and seal the day and year first above written.

Signed, sealed and delivered
in the presence of:

_____          _____
                                         RICHARD M. DAUVAL
Elizabeth Martin                         TRUSTEE FOR ESTATE OF
_____          DEBRA SILVERMAN

Johnny Petty
_____
Johnny Petty

(STATE OF FLORIDA)
(COUNTY OF PINELLAS}

    **I HEREBY CERTIFY,** that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgements, personally appeared Richard M. Dauval, Trustee to me known to be the person described in and who executed the foregoing instrument, and she acknowledged before me that she executed the same as her free act and deed for the uses and purposes therein stated.

    **WITNESS** my hand and official seal in the County and State last aforesaid this 12/5/13

_Ashley K Patrick_
NOTARY PUBLIC - STATE OF FLORIDA



ASHLEY R. PATRICK
MY COMMISSION # EE048638
EXPIRES December 13, 2014
(407) 398-0153   FloridaNotaryService.com