UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 13-11313-KRM
CHAPTER 7 CASE

IN RE:
DEBRA SILVERMAN
Debtor(s).
_____/

**NOTICE OF APPEARANCE REQUESTED TO BE PLACED
ON LOCAL RULES 1007-2 PARTIES IN THE INTEREST LIST**
*Subject Property: 500 PENNYROYAL PL, VENICE, FL 34293*

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as attorney for **SELECT PORTFOLIO SERVICING INC., AS LOAN SERVICER FOR U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2005-9,** secured creditor of the above styled Debtor(s).

Pursuant to the provisions of Local Rule 2002-1 (e), request is hereby made that the undersigned counsel be placed on the LOCAL RULE 1007-2 PARTIES IN INTEREST LIST and that copies of all notices, orders and other pleadings filed herein be served upon the undersigned.

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid **and/or electronic mail** this ___9___ day of __January__, 2014.

Choice Legal Group, P.A.
1800 N.W. 49TH Street, Suite 120
Fort Lauderdale, FL 33309
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517
Scott.Weiss@clegalgroup.com

By: _____
Scott Weiss, Esq.
Bar Number: 710910

14-00062

**MAILING LIST:**

U.S. TRUSTEE
UNITED STATES TRUSTEE - TPA7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33062

RICHARD M DAUVAL, TRUSTEE
P.O. BOX 13607
ST. PETERSBURG, FL 33733

DEBRA SILVERMAN
500 PENNY ROYAL PLACE
VENICE FL 34293

JULIE COLLINS
THE COLLINS LAW GROUP
1800 SECOND STREET, STE 785
SARASOTA, FL 34236

RICHARD M. DAUVAL, ATTORNEY FOR TRUSTEE
LEAVENGOOD, NASH, DAUVAL & BOYLE, P.A.
3900 FIRST STREE NORTH, STE 100
ST. PETERSBURG, FL 33703

U.S. TRUSTEE
UNITED STATES TRUSTEE – TPA7
501 E. POLK STREET
TAMPA, FL 33602

14-00062